THE STATE, Respondent, v. SMITH, Appellant.

1. State v. Ramelsburg, ante, p. 26, affirmed.

*Appeal from St. Louis Criminal Court.*

*W. C. Jones,* for appellant.

*Mauro,* (circuit attorney,) for respondent.

SCOTT, Judge, delivered the opinion of the court.

This was an indictment for stealing in a dwelling-house personal proporty of less value than ten dollars. The defendant was found guilty and sentenced to the penitentiary.

The point in this case is the same as that decided in the case of the State v. Ramelsburg, decided at this term.

The judgment is affirmed; Judge Ewing concurring. Judge Napton absent.